ARTEMAS H. HOLMES, Appellant, *v.* HELEN V. BELL et al., Respondents, Impleaded with Others.

*Holmes* v. *Bell,* 189 App. Div. 455, affirmed.
(Argued January 4, 1911; decided January 24, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1910, which reversed an order of Special Term denying a motion to vacate a prior order permitting service of the summons in the above-entitled action to be made upon the respondents herein by publication and granted said motion.

The following questions were certified: "1. Had the court jurisdiction upon the papers presented to grant an order directing the service of the summons in this action upon the defendants Helen Villard Bell and James W. Bell by publication? 2. Was the court justified in vacating the order granted in this action directing the service of the summons upon the defendants Helen Villard Bell and James W. Bell by publication?"

*Rastus S. Ransom* for appellant.

*Frederick E. Mygatt, William M. Wherry, Jr.,* and *Frederick Van Wyck* for respondents.

Order affirmed, with costs; first question certified answered in the negative; second question answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.